IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DEBORAH JACKSON | § | |
| v. | § | CIVIL ACTION NO. 6:12CV1009 |
| U.S. GOVERNMENT, *et al.* | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contain her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (document #4) recommends that the complaint be dismissed with prejudice for failure to state a claim upon which relief may be granted. A certified mail receipt reveals that delivery of the Report and Recommendation was made on January 11, 2013. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted. Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 8th day of February, 2013.**



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE